IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION**  )<br>1875 Connecticut Avenue, N.W.  )<br>Suite 650  )<br>Washington, D.C. 20009  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>**DEPARTMENT OF HOMELAND**  )<br>**SECURITY**  )<br>Washington, D.C. 20528  )<br>  )<br>        Defendant.  )<br>_____  ) | Civil Action No. 06-1988 (ESH) |

## PRAECIPE

**The Clerk of this Court** will please enter the appearance of **John R. Coleman** as counsel for the Defendant in the above captioned case.

Dated: January 9, 2007

                Respectfully submitted,

                PETER D. KEISLER
                Assistant Attorney General

                ELIZABETH J. SHAPIRO (D.C. Bar #418925)
                Assistant Director

                  */s/ John R. Coleman*
                John R. Coleman (Va. Bar #70908)
                Trial Attorney
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Avenue, NW, Room 6118
                Washington, D.C. 20530
                Telephone: (202) 514-4505
                Facsimile: (202) 616-8187

John.Coleman3@usdoj.gov

Attorneys for Defendant