IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** ) | |
| ) | |
| Plaintiff, ) | **Consolidated Cases** |
| ) | |
| v. ) | Civil Action No. 06-1988 (ESH) |
| ) | |
| **DEPARTMENT OF HOMELAND SECURITY,** ) | Civil Action No. 06-2154 (RBW) |
| ) | |
| Defendant. ) | |

### JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Order of January 31, 2007, the parties have conferred concerning a proposed briefing schedule with respect to the issue of plaintiff's entitlement to expedited processing of the Freedom of Information Act requests at issue in these actions. Plaintiff has conveyed to defendant its desire to litigate and resolve the issue as expeditiously as possible. The parties propose the following schedule:

| | |
|---|---|
| Plaintiff's motion for partial summary judgment . . . . . . . . | February 8, 2007 |
| Defendant's opposition and cross-motion . . . . . . . . . . . . . . | February 22, 2007 |
| Plaintiff's reply and opposition . . . . . . . . . . . . . . . . . . . . . . | March 1, 2007 |
| Defendant's reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | March 8, 2007 |

Respectfully submitted,

  /s/ David L. Sobel                              PETER D. KEISLER
DAVID L. SOBEL                                Assistant Attorney General
D.C. Bar No. 360418

                                                            ELIZABETH J. SHAPIRO (D.C. Bar #418925)
                                                            Assistant Branch Director

| | |
|---|---|
| MARCIA HOFMANN<br>D.C. Bar No. 484136<br><br>ELECTRONIC FRONTIER FOUNDATION<br>1875 Connecticut Avenue, N.W.<br>Suite 650<br>Washington, DC 20009<br>(202) 797-9009<br><br>Attorneys for Plaintiff | _/s/ Adam D. Kirschner_<br>ADAM D. KIRSCHNER<br>Trial Attorney<br><br>_/s/ John R. Coleman_<br>JOHN R. COLEMAN, Va. Bar #70908<br>Trial Attorney<br><br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 6118<br>Washington, D.C. 20530<br>Telephone: (202) 514-4505<br>Facsimile: (202) 616-8187<br>john.coleman3@usdoj.gov<br><br>Attorneys for Defendant |