**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br><br>Plaintiff, )<br><br>v. )<br><br>DEPARTMENT OF HOMELAND SECURITY, )<br><br>Defendant. ) | Civil Action No. 06-1988 (ESH) |

### STIPULATED DISMISSAL OF PLAINTIFF'S SECOND CAUSE OF ACTION

Plaintiff Electronic Frontier Foundation (EFF) and Defendant Department of Homeland Security (DHS), by counsel, hereby stipulate and agree as follows:

1. Defendant DHS has granted news media status to Plaintiff EFF based on the representations contained in EFF's FOIA requests, which demonstrate that EFF is an "entity that is organized and operated to publish or broadcast news to the public." 6 C.F.R. § 5.11(b)(6). Defendant DHS will continue to regard Plaintiff EFF as a "representative of the news media" absent a change in circumstances that indicates that EFF is no longer an "entity that is organized and operated to publish or broadcast news to the public." 6 C.F.R. § 5.11(b)(6).

2. Accordingly, the parties herewith agree to the dismissal of Plaintiff EFF's Second Cause of Action, related to EFF's status as a "representative of the news media."

3. The parties further agree that each will pay its own fees and costs for work on the dismissed claim.

SO STIPULATED AND AGREED this 27th day of February, 2007.

| | |
|---|---|
| _/s/ David L. Sobel_<br>DAVID L. SOBEL<br>D.C. Bar 360418 | PETER D. KEISLER<br>Assistant Attorney General |
| MARCIA HOFMANN<br>D.C. Bar 484136 | JEFFREY A. TAYLOR<br>United States Attorney |
| ELECTRONIC FRONTIER FOUNDATION<br>1875 Connecticut Avenue, N.W.<br>Suite 650<br>Washington, D.C. 20009<br>(202) 797-9009 | ELIZABETH J. SHAPIRO<br>D.C. Bar 418925<br>Assistant Branch Director<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch |
| *Counsel for Plaintiff* | _/s/ John R. Coleman_<br>JOHN R. COLEMAN<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 6118<br>Washington, D.C. 20530<br>(202) 514-4505<br><br>*Counsel for Defendant* |