IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF HOMELAND SECURITY )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 06-1988 (ESH) |

**NOTICE OF CHANGE OF ADDRESS**

Pursuant to Local Civil Rule 83.15(c), Marcia Hofmann, co-counsel for Plaintiff Electronic Frontier Foundation, hereby gives notice to the Court and Defendant Department of Homeland Security that her office address and telephone number have changed.  Her new contact information is as follows:

> Marcia Hofmann
> Electronic Frontier Foundation
> 454 Shotwell Street
> San Francisco, CA  94110
> Telephone: (415) 436-9333

The address and telephone number of co-counsel for Plaintiff, David L. Sobel, remain unchanged.

Dated: September 18, 2007         Respectfully submitted,


                                  /s/ *Marcia Hofmann*
                                  MARCIA HOFMANN
                                  D.C. Bar No. 484136
                                  ELECTRONIC FRONTIER FOUNDATION
                                  454 Shotwell Street
                                  San Francisco, CA  94110
                                  (415) 436-9333

DAVID L. SOBEL
D.C. Bar No. 360418
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Avenue NW
Suite 650
Washington, DC 20009
(202) 797-9009

Counsel for Plaintiff