IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 06-1988 (ESH)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR EXTENSION
## OF TIME TO MEET AND CONFER

　　The Court's November 8, 2007 Order directed the parties to "meet by November 20, 2007 to discuss the narrowing of the scope of plaintiff's document requests." The parties agree that the purposes of this meeting will best be served if agency counsel, who has the greatest familiarity with the documents responsive to plaintiff's request, and counsel for the parties are able to participate. Because of long-planned vacations and the Thanksgiving holiday, all of these individuals will not be able to meet and confer until Thursday, November 29, 2007. Accordingly, the parties respectfully request that the Court extend the deadline for the parties to meet and confer until such date.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DAVID L. SOBEL　　　　　　　　　　　　　　　PETER D. KEISLER
D.C. Bar 360418　　　　　　　　　　　　　　　　Assistant Attorney General
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Avenue, N.W.　　　　　　　　　JEFFREY A. TAYLOR
Suite 650　　　　　　　　　　　　　　　　　　　United States Attorney
Washington, D.C. 20009
(202) 797-9009　　　　　　　　　　　　　　　　ELIZABETH J. SHAPIRO

|  |  |
|---|---|
|    */s/ Marcia Hofmann*<br>MARCIA HOFMANN<br>D.C. Bar 484136<br>ELECTRONIC FRONTIER FOUNDATION<br>454 Shotwell Street<br>San Francisco, CA 94110<br>(415) 436-9333<br>marcia@eff.org<br><br>*Counsel for Plaintiff* | D.C. Bar 418925<br>Assistant Branch Director<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br><br>  */s/ John R. Coleman*<br>JOHN R. COLEMAN<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 6118<br>Washington, D.C. 20530<br>(202) 514-4505<br>john.coleman3@usdoj.gov<br><br>*Counsel for Defendant* |

Date:   November 20, 2007