# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 06-1988 (ESH) |
| DEPARTMENT OF HOMELAND SECURITY | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Electronic Frontier Foundation and defendant Department of Homeland Security stipulate that all remaining claims in the above-captioned case are dismissed in their entirety. The parties agree to bear their respective fees and costs.

DATED: May 20, 2008                                  Respectfully submitted,

/s/ Marcia Hofmann                                        GREGORY G. KATSAS
Marcia Hofmann                                             Acting Assistant Attorney General
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street                                           JEFFREY A. TAYLOR
San Francisco, CA 94110                                United States Attorney
Telephone: (415) 436-9333
Facsimile: (415) 436-9993                              ELIZABETH J. SHAPIRO
                                                                         Assistant Director, Federal Programs Branch
David L. Sobel
ELECTRONIC FRONTIER FOUNDATION    /s/ John R. Coleman
1875 Connecticut Ave. NW                            JOHN R. COLEMAN
Suite 650                                                            Attorney, U.S. Department of Justice
Washington, DC 20009                                   Civil Division, Federal Programs Branch
Telephone: (202) 797-9009                            20 Massachusetts Ave., N.W., Room 6118
Facsimile: (202) 797-9066                              Washington, D.C. 20530
                                                                         Telephone: (202) 514-4505
                                                                         Facsimile: (202) 616-8460
ATTORNEYS FOR PLAINTIFF                     E-mail: John.Coleman3@usdoj.gov
ELECTRONIC FRONTIER FOUNDATION

                                                                         ATTORNEYS FOR DEFENDANT
                                                                         DEPARTMENT OF HOMELAND SECURITY